THE STATE OF OHIO, APPELLEE, *v.* WESTFALL, APPELLANT.

[Cite as *State v. Westfall* (1995), 71 Ohio St.3d 565.]

(No. 94-2387—Submitted January 24, 1995—Decided February 22, 1995.)

*Maureen O'Connor,* Summit County Prosecuting Attorney, and *William D. Wellemeyer,* Assistant Prosecuting Attorney, for appellee.

*Derwin H. Westfall, pro se.*

The discretionary appeal is allowed. The judgment of the court of appeals is reversed, and the judgment of the trial court is reinstated on the authority of *State v. Collins* (1993), 67 Ohio St.3d 115, 616 N.E.2d 224.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK, J., not participating.